JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS A. SEPULVEDA-SAINZ,<br><br>Defendant. | No. CR16-198 JLR<br><br>[PROPOSED] ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS |



THE COURT, having considered the Defendant's unopposed motion to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review with his client the evidence just released under a protective order, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. §3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C §3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(PROPOSED) ORDER CONTINUING TRIAL
(Sepulveda-Sainz, Jesus, CR16-198 JLR

RICHARD WARNER, WSBA #21399
RICHARD WARNER LAW CORP., P.S.
701 5th Avenue, Suite 4200
Seattle, Washington 98104
(206) 225-7501

(d) the ends of justice will be best served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. §3161(h)(7)(A); and

(e) the additional time requested between the current trial date of September 12, 2016, and the new trial date is necessary to provide counsel the reasonable time necessary to prepare for pre-trial motions, trial, considering counsel's schedule and all of the facts set forth above.

(f) that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to January 30, 2017, and that any pretrial motions shall be filed no later than November 11, 2016

DONE this 8 day of August, 2016

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Richard L. Warner, WSBA #21399
Attorney for Defendant

(PROPOSED) ORDER CONTINUING TRIAL
(Sepulveda-Sainz, Jesus, CR16-198 JLR)

RICHARD WARNER, WSBA #21399
RICHARD WARNER LAW CORP., P.S.
701 5th Avenue, Suite 4200
Seattle, Washington 98104
(206) 225-7501