HON. JAMES ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS SEPULVEDA-SAINZ,<br><br>Defendant. | NO. CR16-00198JLR<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on Defendant's Unopposed Motion to Continue Trial and Pretrial Motions Deadline seeking to continue the date set for trial from January 30, 2017, to March 13, 2017, and the pretrial motions deadline from November 11, 2016, to January 13, 2017. The Defendant has signed and executed a waiver of his speedy trial rights under the Sixth Amendment and the Speedy Trial Act. Having thoroughly considered the pleading, Defendant's waiver and the relevant record, the Court hereby GRANTS the motion. The Court finds that the interests of justice would be served in allowing the trial, as well as the pretrial motions deadline, to be continued due to the considerations outlined in 18 U.S.C. § 3161(h)(7)(B)(iv). Defense counsel has indicated that she requires additional time to prepare for motions and trial so that she can receive, review, analyze, and investigate discovery provided by the Government.

These due process considerations "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Thus, the period of delay from the filing of the motion to the new trial date of March 13, 2017, is excludable time under 18 U.S.C. § 3161(h)(7)(A).

The trial date is CONTINUED to March 13, 2017, and pretrial motions shall be due by January 13, 2017.

DATED this 16th day of October, 2016.

_____
JAMES K. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/ Cassandra Stamm
Attorney for Mr. Sepulveda-Sainz
810 Third Avenue Suite 500
Seattle, WA 98104
tel: (206) 264-8586
fax: (206) 447-1427
casey@seattlecriminalattorney.com

*ORDER GRANTING MOTION TO*
*CONTINUE TRIAL AND*
*PRETRIAL MOTIONS DEADLINE* — 2