# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS SEPULVEDA-SAINZ,<br><br>Defendant,<br><br>and,<br><br>CHRISTOPHER J. PALMQUEST,<br><br>Third-Party Claimant. | No. CR16-0198JLR<br><br>**ORDER SETTING DISCOVERY SCHEDULE, A MOTIONS DEADLINE AND A HEARING DATE** |

THIS MATTER comes before the Court on the United States' Response to Mr. Palmquest's Claim and Request for Discovery, a Motions Deadline and a Hearing Date ("Response").

The Court, having reviewed the papers and pleadings filed in this matter, including Mr. Palmquest's Claim and the United States' Response, hereby FINDS entry of an order setting a discovery schedule, a motions deadline, and a hearing date is appropriate

Order Setting Discovery Schedule, Motions Deadline and Hearing Date - 1
*U.S. v. Jesus Sepulveda-Sainz*, CR16-198-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

because the Court may permit discovery and entertain motions related to a third-party claim pursuant to Fed. R. Crim. P. 32.2(c)(1) and, to the extent an evidentiary hearing on a third-party claim is required, the Court conducts that hearing pursuant to 21 U.S.C. § 853(n)(2) & (4)-(6).

NOW, THEREFORE, THE COURT ORDERS:

1) The United States and Mr. Palmquest ("the Parties") may engage in discovery related to Mr. Palmquest's claim. The discovery period closes on **October 20, 2017**;

2) Thereafter, the Parties shall file any dispositive motions no later than **November 9, 2017**; and,

3) If necessary, an evidentiary hearing will be held on Mr. Palmquest's claim at 11:00am on December 4, 2017.

IT IS SO ORDERED.

DATED this 6th day of September, 2017.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

///

///

Order Setting Discovery Schedule, Motions Deadline and Hearing Date - 2
U.S. v. Jesus Sepulveda-Sainz, CR16-198-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Order Setting Discovery Schedule, Motions Deadline and Hearing Date - 3
U.S. v. Jesus Sepulveda-Sainz, CR16-198-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970