UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS SEPULVEDA-SAINZ,<br><br>Defendant. | No. CR16-198-JLR<br><br>[PROPOSED]<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. One Samsung Galaxy S7 Cell Phone;
2. One Samsung Galaxy S5 Cell Phone;
3. One iPhone 6s Cell Phone;
4. 53 rounds of UMC 9mm ammunition; and,
5. One Supreme Weigh SW13 Digital Scale.

Final Order of Forfeiture - 1
U.S. v. Jesus Sepulveda-Sainz, CR16-198-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On March 31, 2017, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 21 U.S.C. 853 (items 1-5) and pursuant to 18 U.S.C. § 924(d)(1) (item 4) and forfeiting the Defendant's interest in them (Dkt. No. 55);
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 64); and,
- The time for filing third-party petitions has expired, and no claims to the above-identified property were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Homeland Security, and/or its representatives, are authorized to dispose of the above-identified property as permitted by governing law.

IT IS SO ORDERED.

DATED this 17th day of November, 2017.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
U.S. v. Jesus Sepulveda-Sainz, CR16-198-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*(signature)*

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
U.S. v. Jesus Sepulveda-Sainz, CR16-198-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970